Weller and Others, Defendants. Harry S. Stewart, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Rich, JJ., concurred.

Mechanics and Traders Insurance Company, Respondent, v. Anna F. Goebeler, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

George W. Murray, Respondent, v. William P. Richardson, as Administrator, etc., of David C. Richardson, Deceased, Appellant.— Judgment modified by deducting from the amount found due to plaintiff the sums of $604 paid for purchase of stock from S. F. Mangum, and $100 for purchase of horses from J. B. Burt, with interest on each of those sums from January 1, 1907, and as so modified the judgment is affirmed, without costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Frederick Norvack, Respondent, v. Gottlieb Liehbacher and Another, Appellants.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Thomas, and Carr, JJ.

Antonio Ochiato, Respondent, v. Herman Finkelstein, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Dominick Pace and James A. Monaghan, as Copartners, Composing the Firm of Pace & Monaghan, Respondents, v. Frank C. Strick & Company, Limited, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Woodward and Rich, JJ., concurred; Thomas, J., dissented.

Adelgunde M. Piel and George C. Schneider, Doing Business under the Firm Name and Style of Bernard F. Piel, Respondents, v. Webster Manufacturing Company, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. William Farrington, Appellant, Impleaded with James J. Gordon.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Hirschberg, Burr and Woodward, JJ., concurred; Carr, J., dissented.

The People of the State of New York, Appellant, v. Joseph Guercid, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, upon the ground that the uncontradicted evidence in the case establishes a sale of olive oil which was both adulterated and misbranded. (People v. Park, 60 App. Div. 255; People v. Butler, Inc., 134 id. 151; appeal dismissed, 200 N. Y. 556.) Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Realty Associates, Respondent, v. Realty Investigators Corporation and Others, Defendants, Impleaded with Thompson W. Miller and Frank Mil-